No. 89–1760.   IMMUNO, A. G. *v.* MOOR-JANKOWSKI.   Ct. App. N. Y.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Milkovich* v. *Lorain Journal Co., ante,* p. 1.

No. 89–5396.   BOCKTING *v.* NEVADA.   Sup. Ct. Nev.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Idaho* v. *Wright, ante,* p. 805.

No. 89–6260.   HUFF *v.* NORTH CAROLINA.   Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina,* 494 U. S. 433 (1990).

No. 89–6289.   SPOTTED WAR BONNET *v.* UNITED STATES. C. A. 8th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Idaho* v. *Wright, ante,* p. 805.

No. — – ——.   KANEKOA ET AL. *v.* CITY AND COUNTY OF HONOLULU ET AL.   Motion of Charles K. Kanekoa for leave to proceed *in forma pauperis* granted.   Motion for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners Warren E. Kanekoa and Damien Melemai denied.

No. A–844.   JAFFER *v.* GRANET ET AL.   C. A. 7th Cir.   Application for stay of lower court proceedings, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–881.   THOMAS ET UX. *v.* MANUFACTURERS HANOVER MORTGAGE CORP.   C. A. 7th Cir.   Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.